UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>BAJA CALI INC., et al.,<br><br>    Defendants. | Case No. 25-cv-05896-JCS<br><br>**ORDER FOR SUPPLEMENTAL DECLARATION IN SUPPORT OF RENEWED MOTION FOR SERVICE BY PUBLICATION**<br><br>Re: Dkt. No. 13 |

Plaintiff seeks leave to serve defendants Gerasimos Georgopoulos and Gerasimoula Georgopoulos by publication; this is his second such motion. Dkt. no. 13 ("Renewed Motion"). The Court denied his first motion without prejudice on November 3, 2025 on the basis that he did not establish that he had used "reasonable diligence" in attempting to serve Plaintiff by means other than publication, as required under Cal. Code Civ. Proc. § 415.50. Dkt. no. 11. In particular, the Court found that the declaration of the process server was insufficient because he did not state whether his searches had turned up alternative addresses where the Georgopoulos defendants might be served. The Court also ordered that in any renewed motion, Plaintiff "should identify the publication in which he seeks to publish the summons and supply a supporting declaration addressing why that publication meets the requirements of Cal. Code Civ. Proc. § 415.50." *Id.*

In support of the renewed motion, Plaintiff has supplied an updated declaration by the process server stating that he ran additional searches and could not locate any other property owned by the Georgopoulos defendants or addresses where they might reside. Dkt. no. 13-1. He has not, however, identified the publication in which he seeks to serve the Georgopoulos defendants or supplied a declaration that establishes that that publication meets the requirements

of Cal. Code Civ. Proc. § 415.50.  Accordingly, Plaintiff is ORDERED to supply this additional material in support of his Renewed Motion no later than **December 17, 2025.  Failure to supply the requested materials will result in denial of Plaintiff's motion.**

**IT IS SO ORDERED.**

Dated: November 28, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge