UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAMOS,<br>        Plaintiff,<br>    v.<br>BAJA CALI INC., et al.,<br>        Defendants. | Case No. 25-cv-05896-JCS<br><br>**ORDER GRANTING RENEWED APPLICATION TO SERVE BY PUBLICATION**<br><br>Re: Dkt. No. 13 |

Plaintiff has filed a renewed application to serve the summons and complaint by publication on Defendants Gerasimos Georgopoulos and Gerasimoula Georgopoulos ("the Georgopoulos defendants"). Dkt. no. 13 ("Motion").  According to counsel's declaration, multiple unsuccessful attempts have been made to personally serve the Georgopoulos defendants at their residence at 980 Stewart Road, Yuba City, CA 9599  ("Yuba City address"). Dkt. no. 13-1 (Second MacBride Decl.) ¶¶ 2-8.  The process server who made these service attempts stated that the property is gated and therefore they were unable to gain access to personally serve the Georgopoulos defendants.  Dkt. no. 7-1 at ECF pp. 4-6 (First Ronalds Decl.) ¶ 6 & attached Non-Service Reports. Plaintiff's counsel also attempted to serve the summons and complaint by registered mail to the same address but the package was returned as unclaimed.  Second MacBride Decl. ¶ 7.

After the Court denied Plaintiff's initial request to serve by publication, *see* dkt. no. 11, the process server conducted additional searches to determine if there were any alternative addresses where the Georgopoulos defendants might be served.  Dkt. no. 13-1 at ECF pp. 23-25 (Third Ronalds Decl.) ¶¶ 3-5.  Ronalds states that although he conducted additional searches, he was unable to find any other property the Georgopoulos defendants own or might live at.  *Id.*  ¶ 5.

Plaintiff's counsel has also supplied a supplemental declaration identifying the publication in which he seeks to publish the summons, the Appeal Democrat, https://www.appeal-democrat.com/, which he states "is the main newspaper in Sutter County and the Yuba City area" and therefore is most likely to give actual notice, because it is published in the same city as the residence of defendants, Yuba City, California." Dkt. no. 15 (MacBride Supp. Decl.) ¶ 4 (citing Cal. Code Civ. Proc. §415.50(b)).

Service of a complaint in federal court is governed by Federal Rule of Civil Procedure 4. Rule 4(e)(1) allows for service "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1). Under California Code of Civil Procedure § 415.50, "[a] summons may be served by publication if upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified in this article and that," as relevant here, "[a] cause of action exists against the party." Cal. Code Civ. Proc. § 415.50.

Based on the declarations supplied by Plaintiff's counsel and the process server, the Court finds that the Georgopoulos defendants cannot with reasonable diligence be served in another manner and therefore, service by publication is warranted. The Court further concludes a cause of action exists against the Georgopoulos defendants as Plaintiff alleges in the complaint that the Georgopoulos defendants are the real property owners of the business that is alleged to be in violation of the Americans with Disabilities Act in this case. Compl. ¶ 3; *see also Macias v. Fasail*, No. 19-CV-00728-LHK, 2021 WL 2719297, at \*6 (N.D. Cal. July 1, 2021) (finding similar allegations sufficient to establish that a cause of action existed for the purposes of Cal. Code Civ. Proc. § 415.50).

Accordingly, the Court GRANTS Plaintiff's application to serve the Georgopoulos defendants by publication. In accordance with Cal. Code Civ. Proc. § 415.50 and Cal. Gov't Code § 6064, Plaintiff's counsel shall arrange for publication of the summons in the print and electronic editions of the Appeal Democrat once a week for four consecutive weeks. In addition, Plaintiff shall mail a copy of the summons, complaint and this Order to the Georgopoulos defendants at the

Yuba City address.  Upon completion of service, Plaintiff shall file an affidavit establishing that the Georgopoulos defendants were served in accordance with this Order.

**IT IS SO ORDERED.**

Dated:  December 15, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

3