UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSCAR RAMOS,

          Plaintiff,

    v.

BAJA CALI INC., et al.,

          Defendants.

Case No. 25-cv-05896-JCS

**ORDER GRANTING MOTIONS TO VACATE ENTRY OF DEFAULT AND DENYING MOTION FOR DEFAULT JUDGMENT AS MOOT**

Re: Dkt. Nos. 20, 25, 27

Defendants Baja Cali Inc., Gerasimos Georgopoulos and Gerasimoula Georgopoulos bring motions asking the Court to vacate the Clerk's entry of default. Dkt nos. 25, 27 ("Motions to Vacate"). They have also consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c), as has Plaintiff. *See* dkt. nos. 6, 28. The Court has reviewed the declarations of the three defendants, who state that they failed to timely respond in this action because they did not receive actual notice of it, and finds that there is good cause under Rule 55(c) of the Federal Rules of Civil Procedure to vacate the defaults entered against them. Furthermore, Plaintiff filed no response to the Motions to Vacate and the deadline to do so has now passed. Accordingly, the Motions to Vacate are GRANTED. The Court also DENIES as moot Plaintiff's Motion for Default Judgment. Dkt. no. 20. Finally, in his response to the Court's May 22, 2026 Order to Show Cause, dkt. no. 22 ("OSC"), Plaintiff need only respond to the issue raised in the first bullet-point, namely, why the Court should not decline to exercise supplemental jurisdiction over his Unruh Act claims under *Arroyo v. Rosas*, 19 F.4th 1202, 1211–14 (9th Cir. 2021). The **June 24, 2026** deadline for Plaintiff to respond to the OSC **has not been modified.**

    **IT IS SO ORDERED.**

Dated: June 10, 2026

JOSEPH C. SPERO
United States Magistrate Judge